Marian F. Harrison
US Bankruptcy Judge

Dated: 3/26/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| GWENDOLYN DENISE FULLER ) | |
| 189 WALLACE ROAD, APT. E149 ) | CASE NO: 13-10655-MH3-7 |
| NASHBILLE, TN 37211 ) | CHAPTER 7 |
| SSN: XXX-XX-1308 ) | JUDGE HARRISON |
| ) | |
| Debtor. ) | |
| vs. ) | |
| SUN LOAN ) | |
| Creditor. ) | |

DESCRIPTION OF PROPERTY SUBJECT TO LIEN: Two 32" Sony flat screen televisions.

**ORDER GRANTING MOTION TO VOID LIEN OF SUN LOAN**

The lien of the creditor identified above with respect to the described property is declared void pursuant to 11 U.S.C. Section 522 (f). Either no timely opposition was filed pursuant to LBR 9013-1 or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

It is ORDERED that the lien of the affected Creditor relative to the property described above is VOID.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

/s/ Jodie Thresher
JODIE THRESHER (#025730)
Attorney for Debtor
Clark and Washington, LLC
237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
jthresher@cw13.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.